Criminal Std (6/13/2012)

HONORABLE: **Sarah A. L. Merriam**
DEPUTY CLERK **A. Caffrey**   RPTR/ECRO/TAPE **FTR - CR5**
USPO **Robert Bouffard**   INTERPRETER _____

TOTAL TIME: ___ hours **22** minutes

DATE: **8/30/2017**   START TIME: **6:11**   END TIME: **6:33**

## COURTROOM MINUTES

- ☒ IA-INITIAL APPEAR   ☐ BOND HRG   ☐ CHANGE OF PLEA   ☐ IN CAMERA HRG
- ☐ IA- RULE 5   ☒ DETENTION HRG   ☐ WAIVER/PLEA HRG   ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT   ☐ PROBABLE CAUSE   ☐ EXTRADITION HRG   ☐ FORFEITURE
- ☐ CONFLICT HRG   ☐ EVIDENTIARY HRG   ☐ STATUS CONF   ☒ MOTION HRG

CRIMINAL NO. **3:17mj1418(WIG)**   DEFT # _____

**UNITED STATES OF AMERICA**
vs
**Fareed Khan**

**Vanessa Richards**
AUSA

**Tracy Hayes**
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☒ ☒ Arrest Date (CT Case): **8/30/2017**   ☒ Case unsealed or ☐ Rule 5 arrest, ___ Dist of ___
- ☐ CJA 23 Financial Affidavit filed ☐ under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- ☒ Court appoints Attorney **Tracy Hayes** to represent defendant for ☒ this proceeding only ☐ all proceedings
- ☐ Appearance of ___ filed
- ☒ ☐ Complaint filed ☒ Sealed Complaint filed ☐ Affidavit of ___ filed
- ☐ ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ___ of the ___ (indict, superseding indict, info)
- ☐ Petition to Enter Guilty Plea filed
- ☐ Defendant motions due ___ ; Government responses due ___
- ☐ Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ Hearing on Pending Motions scheduled for ___ at ___
- ☐ Jury Selection set for ___ at ___
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☐ Sentencing set for ___ at ___   ☐ Probation 246B Order for PSI & Report
- ☐ Special Assessment of $___ on count(s) ___. Total $___ ☐ Due immediately ☐ Pay at sentencing
- ☐ Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/committed to originating /another District of ___
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ Bond ☐ set at $ **50,000** ☐ reduced to $___ ☐ Non-surety ☒ Surety ☐ Personal Recognizance
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ Defendant detained
- ☒ PC Hearing ☐ waived ☒ set for **9/20/2017 at 9:30AM** ☐ continued until ___
- ☐ Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☒ ..... Govt's oral motion to unseal the complaint  ☒ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☒ ..... Financial Affd. to be filed within 21 days  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: