HONORABLE: Sarah A. L. Merriam

DEPUTY CLERK A. Caffrey          RPTR/ECRO/TAPE FTR - CR4

USPO                            INTERPRETER Varuna Tejwani

TOTAL TIME: _____ hours 27 minutes

DATE: 9/5/2018     START TIME: 4:03PM     END TIME: 4:30PM

## COURTROOM MINUTES

☐ IA-INITIAL APPEAR ☐     ☐ BOND HRG          ☐ CHANGE OF PLEA       ☐ IN CAMERA HRG
☐ IA- RULE 5             ☐ DETENTION HRG      ☐ WAIVER/PLEA HRG      ☐ COMPETENCY HRG
☐ ARRAIGNMENT            ☐ PROBABLE CAUSE     ☐ EXTRADITION HRG      ☐ FORFEITURE
☐ CONFLICT HRG           ☐ EVIDENTIARY HRG    ☐ STATUS CONF          ☐ MOTION HRG

X Frye Hrg.

CRIMINAL NO. 3:17-mj-01418-SALM   DEFT # _____

Vanessa Richards
AUSA

**UNITED STATES OF AMERICA**
vs
Fareed Khan

Faisal Gill
Counsel for Defendant Ret ☒ CJA ☐ PDA ☐

---

☐ ......Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ..... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ ..... CJA 23 Financial Affidavit filed ☐ under seal
☐ ..... Order Appointing Federal Public Defender's Office filed
☐ ..... Court appoints Attorney_____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ..... Appearance of _____ filed
☐ ..... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ..... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ..... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ..... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ..... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
☐ ......Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s)_____ of the _____
☐ ..... Petition to Enter Guilty Plea filed                    (indict, superseding indict, info)
☐ ..... Defendant motions due _____ ; Government responses due _____
☐ ..... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ......Hearing on Pending Motions scheduled for _____ at _____
☐ ..... Jury Selection set for _____ at _____
☐ ..... Remaining Count(s) to be dismissed at sentencing
☐ ..... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
☐ ..... Special Assessment of $_____ on count(s)_____. Total $_____ ☐ Due immediately ☐ Pay at sentencing
☐ ..... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ..... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ..... Order of Detention filed
☐ ..... Deft ordered removed/committed to originating /another District of _____
☐ ..... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ..... Waiver of Rule 5 Hearing filed
☐ ..... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ..... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ..... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ..... Defendant detained
☐ ..... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ ..... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed
and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ .......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____
_____
_____
_____

**ADDITIONAL PROCEEDINGS**

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... Deft's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... #____ Deft _____ Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... #____ Deft _____ Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... #____ Govt Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... #____ Govt Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |

| | filed | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... _____ | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |

Notes: