UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:17mj1418 (SALM) |
| v. | |
| FAREED AHMED KHAN | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through John H. Durham, United States Attorney for the District of Connecticut, and Vanessa Richards, Assistant United States Attorney, respectfully request that the Court grant an Order sealing Exhibit A to Docket Entry No. 49.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/
VANESSA RICHARDS
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv05095
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT  06604
Tel.: (203) 696-3000

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           CRIMINAL NO. 3:17mj1418 (SALM)

    v.

FAREED AHMED KHAN

ORDER

UPON CONSIDERATION of the Government's Motion to Seal, the Court grants the motion.

SO ORDERED this ____day of September, 2018 at New Haven, Connecticut.

_____
THE HONORABLE SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, a copy of the foregoing was filed electronically, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/

VANESSA RICHARDS
ASSISTANT U.S. ATTORNEY