```
 1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF CONNECTICUT
 2
                                    )
 3   UNITED STATES OF AMERICA,       )   No. 3:17-mj-01418-SALM
                                     )   141 Church Street
 4              vs.                  )   New Haven, Connecticut
                                     )
 5   FAREED AHMED KHAN.              )   February 21, 2018
                                     )
 6   ─────────────────────────────────

                     TRANSCRIPT OF STATUS CONFERENCE
 7
                BEFORE THE HONORABLE SARAH A.L. MERRIAM
 8
                     UNITED STATES MAGISTRATE JUDGE
 9
     APPEARANCES:
10   For the Plaintiff:         DOUGLAS P. MORABITO, AUSA
                                United States Attorney's Office
11                              157 Church Street
                                Floor 25
12                              New Haven, CT 06510

13   For the Defendant:         TRACY HAYES, ESQ.
                                Federal Public Defender's Office
14                              265 Church Street
                                Suite 702
15                              New Haven, CT 06510

16

17

18   ECR Operator:              FTR-CR5

19                           Paul T. Abramson
                                eScribers
20                          7227 N. 16th Street
                              Suite #207
21                          Phoenix, AZ 85020
                             (973) 406-2250
22

23

24

25
```

Colloquy

(12:12 O'CLOCK, P.M.)

THE CLERK: Testing. Honorable Sarah Merriam now presiding.

THE COURT: Good afternoon, everybody. Please be seated.

MR. MORABITO: Afternoon, Judge.

MR. HAYES: Good afternoon, Your Honor.

THE COURT: We're here on the matter of the United States v. Fareed Khan. Case number is 3:17-mj-1418. I'll take appearances of counsel, please, beginning with the Government.

MR. MORABITO: Good afternoon, Judge. Doug Morabito on behalf of the Government.

THE COURT: Good afternoon.

MR. HAYES: Good afternoon, Your Honor. Tracy Hayes on behalf of Mr. Fareed Khan.

THE COURT: Good afternoon.

Good afternoon, Mr. Khan.

So we convened this conference -- you can be seated, Mr. Hayes and Mr. Khan --

MR. HAYES: Thank you, Your Honor.

THE COURT: -- to discuss the status of this case and the timeline and sort of where we're going from here. And the reason we did that is because this is a case in which Mr. Khan was charged and arrested back on August 30th. And our current

1  preliminary hearing date is February 28th, which is about six
2  months later.  And I have developed sort of a practice of
3  trying, around the six-month mark, to make sure that we have a
4  thought about where things are going and why they're taking
5  however long they're taking, and to make sure the defendant is
6  aware of his rights in those regards.
7          So Mr. Morabito, let me start by asking you, from
8  your perspective -- I think you're relatively new to this
9  case.
10         MR. MORABITO:  Yes, Judge.
11         THE COURT:  In your perspective -- are you going to
12 be handling this from this point forward or will it be both
13 you and Ms. Richards?
14         MR. MORABITO:  Hopefully, both of us, Judge.
15         THE COURT:  All right.
16         MR. MORABITO:  But I think I can answer your
17 questions.
18         THE COURT:  Okay.
19         MR. MORABITO:  My understanding, Judge, is that Ms.
20 Richards, on behalf of the Government and Mr. Hayes and Mr.
21 Khan, have -- there's been some discovery -- some discovery
22 provided, obviously, to Mr. Khan, that there have been some
23 preliminary discussions.  I don't know -- I don't think
24 they're that extensive.  I know Your Honor doesn't want to
25 know about them, but I think there have been some discussions

1   about attempting to resolve the matter in a particular way.
2           My understanding, from talking to Mr. Hayes last week
3   and again, just now, before Your Honor came out, is that I
4   believe Mr. Khan is going to be retaining private counsel.  So
5   that obviously that creates sort of a hiccup or a wrinkle in
6   the efforts between Ms. Richards and Mr. Hayes on behalf of
7   Mr. Khan.
8           What I was going to suggest, Judge, if it's
9   acceptable to Your Honor -- and I don't know who the lawyer is
10  and I don't know if that's definitely going to happen, I'm
11  just reporting what I was told, but that if the parties could
12  have an additional sixty to ninety days.  And I think, Judge,
13  in that timeframe, a decision will be made whether or not -- I
14  think -- I said I think that a decision will be made whether
15  or not the Government will have to go to the grand jury, or
16  whether or not the matter will be resolved pre-indictment, or
17  if some other resolution will come of it.
18          THE COURT:  All right.  Mr. Hayes, what do you have
19  to add about anything that I should know that will help me
20  understand where things stand and how I should view additional
21  continuances?
22          MR. HAYES:  Thank you, Your Honor.  Your Honor, if I
23  may, I spoke with Mr. Khan and confirmed the same with Mr.
24  Khan as well as what would be new counsel.  So the gentleman
25  and lady, Fah-sal (sic) -- Faisal Gill and Amy Gill, have an

1   office in Vermont.  He also practices in D.C. and around the
2   country.  He specializes in this type of area.  I've confirmed
3   with the two of them that, in fact, they have been retained.
4   The concern is that Mr. Gill, Atty. Gill, has not be admitted
5   to practice yet.  He has a date pending when he's going to
6   appear --
7           THE COURT:  Be admitted generally or here in
8   Connecticut?
9           MR. HAYES:  In -- at the very least, in federal
10  court.  So not generally --
11          THE COURT:  Okay.  Okay.  He has been admitted to the
12  bar somewhere.
13          MR. HAYES:  Fresh out of law school, Your Honor.  No,
14  no.
15          THE COURT:  Okay.  Good.
16          MR. HAYES:  Yes, he's been practicing for quite some
17  time.
18          THE COURT:  Good.
19          MR. HAYES:  He just has a pending admission before
20  the District Court.
21          THE COURT:  Great.
22          MR. HAYES:  It's within the next, I want to say, two
23  weeks.  We discussed -- he and Ms. Gill appearing today.
24  But --
25          THE COURT:  Not necessary.

1   MR. HAYES: Thank you.
2   THE COURT: Especially if they're out of state --
3   MR. HAYES: Sure.
4   THE COURT: -- I don't want them to incur that cost,
5   necessarily.
6       So Mr. Khan, if you could stand, please? So Mr.
7   Khan, before I speak with you, I want to start by reviewing
8   your rights with you, because I want to make sure those are
9   clear.
10      So you always have the right to remain silent,
11  including here today. You're never required to say anything
12  that might incriminate you. If you've already made any kind
13  of statement, you don't need to continue. If you start
14  speaking, including to me today, you can stop at any time.
15  And if you chose to make a statement, you have the right to
16  have your attorney with you. You understand those rights?
17  THE DEFENDANT: Yes.
18  THE COURT: Okay. The reason those rights are
19  important is that anything you say, whether it's to the judge
20  on the record or to a friend of family member, could be used
21  to prosecute you in this case or it could be used against you
22  in other ways. You understand that?
23  THE DEFENDANT: Yes.
24  MR. HAYES: Just one moment, if I may, Your Honor.
25  THE COURT: Sure.

1    THE DEFENDANT: Yes.

2    THE COURT: Okay. So Mr. Khan -- let me inquire, Mr.
3 Hayes, is Mr. Khan's first language not English?

4    MR. HAYES: It is not, Your Honor.

5    THE COURT: Do we need an interpreter?

6    MR. HAYES: I don't believe we do, Your Honor. I
7 just -- frankly, he's in court. He's a bit more nervous than
8 the last time I saw Mr. Khan --

9    THE COURT: Okay.

10   MR. HAYES: -- and when I spoke to him. So I think
11 that's what it is, more than anything.

12   THE COURT: Okay. So Mr. Khan, these are -- all I'm
13 doing is trying to make sure you understand your rights. I'm
14 not going to ask you today to say anything that's going to
15 change the course of your case, necessarily. But it's really
16 important to me that before I do talk to you about your case,
17 that you understand your rights. So let me ask you, do you
18 understand that you have a right not say anything that could
19 incriminate you?

20   THE DEFENDANT: Yeah.

21   THE COURT: Okay. Do you know what incriminate
22 means?

23   THE DEFENDANT: Mmm.

24   THE COURT: It means anything that would show that
25 you committed a crime or done something that you could be in

1  trouble for.  So you never have to say anything that could get
2  you in trouble.  That's the long and the short of the Fifth
3  Amendment.
4           THE DEFENDANT:  I understand.
5           THE COURT:  Okay.  So when we first came into
6  court --
7           THE DEFENDANT:  Yeah.
8           THE COURT:  -- I'm sure that day was very
9  overwhelming.  And it was a long time ago now.
10          THE DEFENDANT:  Yeah.
11          THE COURT:  But it's important you understand these
12 rights.  So have you heard people talk about the right to
13 remain silent?
14          THE DEFENDANT:  Yeah.
15          THE COURT:  You ever heard that phrase before?
16          THE DEFENDANT:  Yeah.
17          THE COURT:  Okay.  It's not as simple as it sounds.
18 What it really means is not that you have a right to just not
19 say anything, but you have a right to not say anything that
20 could be held against you, that could be used to say you
21 committed a crime.  You understand that?  Are you sure?
22          THE DEFENDANT:  No, that's -- repeat again?
23          THE COURT:  Sure.  So what do you -- do you
24 understand that there's a thing called the right to remain
25 silent?

1        THE DEFENDANT:  Yes.
2        THE COURT:  Have you heard of that before?
3        THE DEFENDANT:  Yeah, that if I no answer, not a
4   problem, like that, somethings?
5        THE COURT:  Right.
6        THE DEFENDANT:  Yeah.
7        THE COURT:  And particularly -- but it's important
8   for you to understand is the reason that right exists is not
9   to allow people to simply not tell me, for example, do you
10  feel okay or do you understand me, but not to say anything
11  that could be used against them.
12       THE DEFENDANT:  Okay.
13       THE COURT:  Do you understand why that's -- what's
14  important about it?
15       THE DEFENDANT:  Actually, I understand English a
16  little bit.  Not very well.  Especially the court language.
17       THE COURT:  Okay.
18       THE DEFENDANT:  I have a little problem.
19       THE COURT:  What's your first language?
20       THE DEFENDANT:  Urdu.
21       THE COURT:  Urdu.  Okay.  So in the future, we will
22  have an Urdu interpreter for all court proceedings.
23       THE DEFENDANT:  Yeah, thanks.  Thanks.
24       THE COURT:  Okay?  What we're talking about today --
25       THE DEFENDANT:  Yes.

1   THE COURT:  -- so first let me make sure I tell you.
2   I want you to answer my questions as simply as possible so
3   that you don't accidentally say something to me that you
4   shouldn't say.  And if Mr. Hayes grabs your arm or tells you
5   to stop, then you stop.  Okay?
6   THE DEFENDANT:  Okay.
7   THE COURT:  Does that make sense?  Okay.  And I know
8   Mr. Hayes is paying attention and he'll stop me if we ask
9   something that we shouldn't talk about.
10  So I understand that you have hired a new lawyer.  Is
11  that right?
12  THE DEFENDANT:  Yeah.
13  THE COURT:  Okay.  And that's someone that you've
14  paid for?
15  THE DEFENDANT:  Yes.
16  THE COURT:  Okay.  So right now, you have a lawyer
17  that I'm paying for.
18  THE DEFENDANT:  Yup.
19  THE COURT:  Okay.  You can't have both.  So I need
20  you to make sure that new lawyer is your only lawyer very
21  soon.
22  THE DEFENDANT:  Yes.
23  THE COURT:  Okay.  So I'm going to enter an order,
24  and I'm going to have Mr. Hayes make sure he sends a copy to
25  Mr. Gill -- Mr. Gill and Ms. Gill, letting them know that I

1 need them to appear very soon.

2     THE DEFENDANT:  Yup.

3     THE COURT:  Okay.  Once that happens, are you going

4 to need more time to decide how to handle this case?

5     THE DEFENDANT:  Yes, I think so.  Mr. Gill say that

6 he needed time to ask and receive the paperwork and discovery

7 from this one who is study the case.

8     THE COURT:  Okay.  And I can give you some more time.

9     THE DEFENDANT:  Okay.

10     THE COURT:  But not forever.

11     THE DEFENDANT:  Oh, okay.

12     THE COURT:  And I'm going to require that Mr. Gill,

13 if he's going to represent you --

14     THE DEFENDANT:  Yeah.

15     THE COURT:  -- appear within three weeks.

16     THE DEFENDANT:  Okay.

17     THE COURT:  All right.  And I'll enter that order,

18 and Mr. Hayes will make sure he gets a copy.

19     THE DEFENDANT:  Okay.

20     THE COURT:  After that, I can extend the time.  The

21 tricky thing is now I have to get a waiver, and I'm

22 uncomfortable with that with the language barrier.

23     MR. HAYES:  Right.

24     THE COURT:  So we are currently on for February 28th.

25 It may be that we need to have an on-the-record proceeding --

1 we don't -- so we have interpreters available by phone. They

2 come -- but I didn't -- we'd have to reserve them.

3     THE DEFENDANT: Okay.

4     THE COURT: There's not an Urdu speaker hanging out

5 waiting for me. So -- but we can get one.

6     THE DEFENDANT: Okay.

7     THE COURT: But I think maybe we should come back in

8 and do a verbal waiver with the assistance of an Urdu

9 interpreter.

10     MR. HAYES: That makes sense, Judge.

11     THE COURT: Okay. Let's look at -- so what we're

12 going to do, then, Mr. Khan, is we'll -- within the next few

13 days, we'll come back --

14     THE DEFENDANT: Okay.

15     THE COURT: -- with an interpreter to go through

16 everything again --

17     THE DEFENDANT: Okay.

18     THE COURT: -- and make sure you understand. So

19 let's look at our calendars. Well, how about Monday morning?

20     MR. MORABITO: Judge, would Tuesday be possible? I'm

21 not supposed to be in the district Monday.

22     THE COURT: Yeah, that's fine.

23     MR. MORABITO: Tuesday is completely -- any time I

24 can do.

25     THE COURT: Okay. Mr. Hayes, what does Tuesday look

1  like for you?

2  MR. HAYES: Thank you, Your Honor. Tuesday, I am in
3  Hartford at 10 a.m.

4  THE COURT: Afternoon?

5  MR. HAYES: And afternoon, I'm fine.

6  THE COURT: Afternoons are usually better, because if
7  the interpreter is on the West Coast --

8  MR. HAYES: Sure. Absolutely.

9  THE COURT: It gives us the whole country as a
10  possibility. Tuesday -- well, we don't have any detention
11  issues. Could we do 4 o'clock?

12  MR. HAYES: That's fine, Your Honor.

13  MR. MORABITO: Fine with the Government, Judge.

14  THE COURT: Okay. So 4 o'clock, Tuesday afternoon,
15  the 27th. We'll issue a calendar.

16  MR. HAYES: Thank you, Your Honor.

17  THE COURT: And so we'll come back next week.

18  MR. HAYES: Okay.

19  THE COURT: We'll have an Urdu interpreter for you.
20  If, by the way, we request one and we can't get one, we'll let
21  the parties know.

22  MR. MORABITO: Thank you, Judge.

23  THE COURT: But we'll plan that. And at that point,
24  we're going to talk about the schedule, because you have
25  certain rights to have things happen within certain periods of

1    time.  And I need to make sure you understand those.

2           THE DEFENDANT:  Okay.

3           THE COURT:  And we're going to talk about -- we're

4    going to go over, again, your rights, under the Fifth

5    Amendment, to remain silent and to counsel.

6           THE DEFENDANT:  Okay.

7           THE COURT:  Okay?  So we'll do all that Tuesday the

8    27th, 4 p.m.  The clerk will start the process of seeking an

9    interpreter.  And if we hit a bump in that road, we will let

10   counsel know.

11          IN UNISON:  Thank you, Judge.

12          THE COURT:  All right.  Is there anything else we

13   should do while we're here?

14          MR. MORABITO:  No, Your Honor.

15          MR. HAYES:  No.

16          THE COURT:  All right.  Thank you all for your time.

17          IN UNISON:  Thank you.

18          THE COURT:  We stand in recess.

19          THE CLERK:  All rise.  United States District Court

20   is now in recess.

21          (Whereupon the above matter was concluded at 12:24

22   o'clock, p.m.)

23

24

25

C E R T I F I C A T I O N

I, Paul T. Abramson, Official Court Transcriber for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of the proceedings in the aforementioned matter to the best of my skill and ability.

Date: October 9, 2018

_____

PAUL T. ABRAMSON

eScribers, LLC
352 Seventh Avenue, Ste. #604
New York, NY 10001
(973)406-2250
operations@escribers.net

**UNITED STATES OF AMERICA v.**
**FAREED AHMED KHAN**

February 21, 2018

## A

**above (1)**
  14:21
**Absolutely (1)**
  13:8
**acceptable (1)**
  4:9
**accidentally (1)**
  10:3
**Actually (1)**
  9:15
**add (1)**
  4:19
**additional (2)**
  4:12,20
**admission (1)**
  5:19
**admitted (3)**
  5:4,7,11
**afternoon (11)**
  2:4,6,7,12,14,15,17,
  18;13:4,5,14
**Afternoons (1)**
  13:6
**again (4)**
  4:3;8:22;12:16;14:4
**against (3)**
  6:21;8:20;9:11
**ago (1)**
  8:9
**allow (1)**
  9:9
**always (1)**
  6:10
**Amendment (2)**
  8:3;14:5
**Amy (1)**
  4:25
**appear (3)**
  5:6;11:1,15
**appearances (1)**
  2:10
**appearing (1)**
  5:23
**area (1)**
  5:2
**arm (1)**
  10:4
**around (2)**
  3:3;5:1
**arrested (1)**
  2:25
**assistance (1)**
  12:8
**attempting (1)**
  4:1
**attention (1)**
  10:8
**attorney (1)**
  6:16
**Atty (1)**
  5:4
**August (1)**
  2:25
**available (1)**
  12:1
**aware (1)**
  3:6

## B

**back (4)**
  2:25;12:7,13;13:17
**bar (1)**
  5:12
**barrier (1)**
  11:22
**beginning (1)**
  2:10
**behalf (4)**
  2:13,16;3:20;4:6
**better (1)**
  13:6
**bit (2)**
  7:7;9:16
**both (3)**
  3:12,14;10:19
**bump (1)**
  14:9

## C

**calendar (1)**
  13:15
**calendars (1)**
  12:19
**called (1)**
  8:24
**came (2)**
  4:3;8:5
**can (7)**
  2:19;3:16;6:14;11:8,
  20;12:5,24
**Case (9)**
  2:9,22,24;3:9;6:21;
  7:15,16;11:4,7
**certain (2)**
  13:25,25
**change (1)**
  7:15
**charged (1)**
  2:25
**chose (1)**
  6:15
**clear (1)**
  6:9
**CLERK (3)**
  2:2;14:8,19
**Coast (1)**
  13:7
**committed (2)**
  7:25;8:21
**completely (1)**
  12:23
**concern (1)**
  5:4
**concluded (1)**
  14:21
**conference (1)**
  2:19
**confirmed (2)**
  4:23;5:2
**Connecticut (1)**
  5:8
**continuances (1)**
  4:21
**continue (1)**
  6:13
**convened (1)**
  2:19
**copy (2)**
  10:24;11:18
**cost (1)**
  6:4
**counsel (5)**
  2:10;4:4,24;14:5,10
**country (2)**
  5:2;13:9
**course (1)**
  7:15
**COURT (79)**
  2:4,8,14,17,22;3:11,
  15,18;4:18;5:7,10,11,
  15,18,20,21,25;6:2,4,
  18,25;7:2,5,7,9,12,21,
  24;8:5,6,8,11,15,17,23;
  9:2,5,7,13,16,17,19,21,
  22,24;10:1,7,13,16,19,
  23;11:3,8,10,12,15,17,
  20,24;12:4,7,11,15,18,
  22,25;13:4,6,9,14,17,
  19,23;14:3,7,12,16,18,
  19
**creates (1)**
  4:5
**crime (2)**
  7:25;8:21
**current (1)**
  2:25
**currently (1)**
  11:24

## D

**date (2)**
  3:1;5:5
**day (1)**
  8:8
**days (2)**
  4:12;12:13
**DC (1)**
  5:1
**decide (1)**
  11:4
**decision (2)**
  4:13,14
**defendant (39)**
  3:5;6:17,23;7:1,20,
  23;8:4,7,10,14,16,22;
  9:1,3,6,12,15,18,20,23,
  25;10:6,12,15,18,22;
  11:2,5,9,11,14,16,19;
  12:3,6,14,17;14:2,6
**definitely (1)**
  4:10
**detention (1)**
  13:10
**developed (1)**
  3:2
**discovery (3)**
  3:21,21;11:6
**discuss (1)**
  2:22
**discussed (1)**
  5:23
**discussions (2)**
  3:23,25
**District (3)**
  5:20;12:21;14:19
**done (1)**
  7:25
**Doug (1)**
  2:12

## E

**efforts (1)**
  4:6
**else (1)**
  14:12
**English (2)**
  7:3;9:15
**enter (2)**
  10:23;11:17
**Especially (2)**
  6:2;9:16
**everybody (1)**
  2:4
**example (1)**
  9:9
**exists (1)**
  9:8
**extend (1)**
  11:20
**extensive (1)**
  3:24

## F

**fact (1)**
  5:3
**Fah-sal (1)**
  4:25
**Faisal (1)**
  4:25
**family (1)**
  6:20
**Fareed (2)**
  2:9,16
**February (2)**
  3:1;11:24
**federal (1)**
  5:9
**feel (1)**
  9:10
**few (1)**
  12:12
**Fifth (2)**
  8:2;14:4
**fine (4)**
  12:22;13:5,12,13
**first (4)**
  7:3;8:5;9:19;10:1
**forever (1)**
  11:10
**forward (1)**
  3:12
**frankly (1)**
  7:7
**Fresh (1)**
  5:13
**friend (1)**
  6:20
**future (1)**
  9:21

## G

**generally (2)**
  5:7,10
**gentleman (1)**
  4:24
**gets (1)**
  11:18
**Gill (10)**
  4:25,25;5:4,4,23;
  10:25,25,25;11:5,12
**gives (1)**
  13:9
**Good (9)**
  2:4,7,12,14,15,17,18;
  5:15,18
**Government (5)**
  2:11,13;3:20;4:15;
  13:13
**grabs (1)**
  10:4
**grand (1)**
  4:15
**Great (1)**
  5:21

## H

**handle (1)**
  11:4
**handling (1)**
  3:12
**hanging (1)**
  12:4
**happen (2)**
  4:10;13:25
**happens (1)**

Min-U-Script®

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(1) above - happens

UNITED STATES OF AMERICA v.
FAREED AHMED KHAN

February 21, 2018

11:3
**Hartford (1)**
  13:3
**HAYES (36)**
  2:7,15,15,20,21;
  3:20;4:2,6,18,22;5:9,
  13,16,19,22;6:1,3,24;
  7:3,4,6,10;10:4,8,24;
  11:18,23;12:10,25;
  13:2,5,8,12,16,18;
  14:15
**heard (3)**
  8:12,15;9:2
**hearing (1)**
  3:1
**held (1)**
  8:20
**help (1)**
  4:19
**hiccup (1)**
  4:5
**hired (1)**
  10:10
**hit (1)**
  14:9
**Honor (16)**
  2:7,15,21;3:24;4:3,9,
  22,22;5:13;6:24;7:4,6;
  13:2,12,16;14:14
**Honorable (1)**
  2:2
**Hopefully (1)**
  3:14

**I**

**important (5)**
  6:19;7:16;8:11;9:7,
  14
**including (2)**
  6:11,14
**incriminate (3)**
  6:12;7:19,21
**incur (1)**
  6:4
**inquire (1)**
  7:2
**interpreter (7)**
  7:5;9:22;12:9,15;
  13:7,19;14:9
**interpreters (1)**
  12:1
**into (1)**
  8:5
**issue (1)**
  13:15
**issues (1)**
  13:11

**J**

**Judge (13)**
  2:6,12;3:10,14,19;

4:8,12;6:19;12:10,20;
13:13,22;14:11
**jury (1)**
  4:15

**K**

**Khan (17)**
  2:9,16,18,20,24;3:21,
  22;4:4,7,23,24;6:6,7;
  7:2,8,12;12:12
**Khan's (1)**
  7:3
**kind (1)**
  6:12

**L**

**lady (1)**
  4:25
**language (4)**
  7:3;9:16,19;11:22
**last (2)**
  4:2;7:8
**later (1)**
  3:2
**law (1)**
  5:13
**lawyer (5)**
  4:9;10:10,16,20,20
**least (1)**
  5:9
**letting (1)**
  10:25
**little (2)**
  9:16,18
**long (3)**
  3:5;8:2,9
**look (3)**
  12:11,19,25

**M**

**makes (1)**
  12:10
**mark (1)**
  3:3
**matter (4)**
  2:8;4:1,16;14:21
**may (3)**
  4:23;6:24;11:25
**maybe (1)**
  12:7
**means (3)**
  7:22,24;8:18
**member (1)**
  6:20
**Merriam (1)**
  2:2
**might (1)**
  6:12
**Mmm (1)**
  7:23

**moment (1)**
  6:24
**Monday (2)**
  12:19,21
**months (1)**
  3:2
**MORABITO (13)**
  2:6,12,12;3:7,10,14,
  16,19;12:20,23;13:13,
  22;14:14
**more (4)**
  7:7,11;11:4,8
**morning (1)**
  12:19

**N**

**necessarily (2)**
  6:5;7:15
**necessary (1)**
  5:25
**need (7)**
  6:13;7:5;10:19;11:1,
  4,25;14:1
**needed (1)**
  11:6
**nervous (1)**
  7:7
**new (4)**
  3:8;4:24;10:10,20
**next (3)**
  5:22;12:12;13:17
**ninety (1)**
  4:12
**number (1)**
  2:9

**O**

**obviously (2)**
  3:22;4:5
**O'CLOCK (4)**
  2:1;13:11,14;14:22
**office (1)**
  5:1
**Once (1)**
  11:3
**one (5)**
  6:24;11:7;12:5;
  13:20,20
**only (1)**
  10:20
**on-the-record (1)**
  11:25
**order (2)**
  10:23;11:17
**out (4)**
  4:3;5:13;6:2;12:4
**over (1)**
  14:4
**overwhelming (1)**
  8:9

**P**

**paid (1)**
  10:14
**paperwork (1)**
  11:6
**particular (1)**
  4:1
**particularly (1)**
  9:7
**parties (2)**
  4:11;13:21
**paying (2)**
  10:8,17
**pending (2)**
  5:5,19
**people (2)**
  8:12;9:9
**periods (1)**
  13:25
**perspective (2)**
  3:8,11
**phone (1)**
  12:1
**phrase (1)**
  8:15
**plan (1)**
  13:23
**Please (3)**
  2:4,10;6:6
**PM (3)**
  2:1;14:8,22
**point (2)**
  3:12;13:23
**possibility (1)**
  13:10
**possible (2)**
  10:2;12:20
**practice (2)**
  3:2;5:5
**practices (1)**
  5:1
**practicing (1)**
  5:16
**pre-indictment (1)**
  4:16
**preliminary (2)**
  3:1,23
**presiding (1)**
  2:3
**private (1)**
  4:4
**problem (2)**
  9:4,18
**proceeding (1)**
  11:25
**proceedings (1)**
  9:22
**process (1)**
  14:8
**prosecute (1)**
  6:21

**provided (1)**
  3:22

**Q**

**quite (1)**
  5:16

**R**

**really (2)**
  7:15;8:18
**reason (3)**
  2:24;6:18;9:8
**receive (1)**
  11:6
**recess (2)**
  14:18,20
**record (1)**
  6:20
**regards (1)**
  3:6
**relatively (1)**
  3:8
**remain (4)**
  6:10;8:13,24;14:5
**repeat (1)**
  8:22
**reporting (1)**
  4:11
**represent (1)**
  11:13
**request (1)**
  13:20
**require (1)**
  11:12
**required (1)**
  6:11
**reserve (1)**
  12:2
**resolution (1)**
  4:17
**resolve (1)**
  4:1
**resolved (1)**
  4:16
**retained (1)**
  5:3
**retaining (1)**
  4:4
**reviewing (1)**
  6:7
**Richards (3)**
  3:13,20;4:6
**right (17)**
  3:15;4:18;6:10,15;
  7:18;8:12,18,19,24;9:5,
  8;10:11,16;11:17,23;
  14:12,16
**rights (9)**
  3:6;6:8,16,18;7:13,
  17;8:12;13:25;14:4
**rise (1)**

Min-U-Script®

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(2) Hartford - rise

14:19
**road (1)**
  14:9

## S

**same (1)**
  4:23
**Sarah (1)**
  2:2
**saw (1)**
  7:8
**schedule (1)**
  13:24
**school (1)**
  5:13
**seated (2)**
  2:5,19
**seeking (1)**
  14:8
**sends (1)**
  10:24
**sense (2)**
  10:7;12:10
**short (1)**
  8:2
**show (1)**
  7:24
**sic (1)**
  4:25
**silent (4)**
  6:10;8:13,25;14:5
**simple (1)**
  8:17
**simply (2)**
  9:9;10:2
**six (1)**
  3:1
**six-month (1)**
  3:3
**sixty (1)**
  4:12
**someone (1)**
  10:13
**somethings (1)**
  9:4
**somewhere (1)**
  5:12
**soon (2)**
  10:21;11:1
**sort (3)**
  2:23;3:2;4:5
**sounds (1)**
  8:17
**speak (1)**
  6:7
**speaker (1)**
  12:4
**speaking (1)**
  6:14
**specializes (1)**
  5:2
**spoke (2)**
  4:23;7:10
**stand (3)**
  4:20;6:6;14:18
**start (4)**
  3:7;6:7,13;14:8
**state (1)**
  6:2
**statement (2)**
  6:13,15
**States (2)**
  2:9;14:19
**status (1)**
  2:22
**stop (4)**
  6:14;10:5,5,8
**study (1)**
  11:7
**suggest (1)**
  4:8
**supposed (1)**
  12:21
**sure (16)**
  3:3,5;6:3,8,25;7:13;
  8:8,21,23;10:1,20,24;
  11:18;12:18;13:8;14:1

## T

**talk (5)**
  7:16;8:12;10:9;
  13:24;14:3
**talking (2)**
  4:2;9:24
**tells (1)**
  10:4
**Testing (1)**
  2:2
**Thanks (2)**
  9:23,23
**thought (1)**
  3:4
**three (1)**
  11:15
**timeframe (1)**
  4:13
**timeline (1)**
  2:23
**today (5)**
  5:23;6:11,14;7:14;
  9:24
**told (1)**
  4:11
**Tracy (1)**
  2:15
**tricky (1)**
  11:21
**trouble (2)**
  8:1,2
**trying (2)**
  3:3;7:13
**Tuesday (7)**
  12:20,23,25;13:2,10,
  14;14:7

**two (2)**
  5:3,22
**type (1)**
  5:2

## U

**uncomfortable (1)**
  11:22
**under (1)**
  14:4
**UNISON (2)**
  14:11,17
**United (2)**
  2:8;14:19
**Urdu (6)**
  9:20,21,22;12:4,8;
  13:19
**used (4)**
  6:20,21;8:20;9:11
**usually (1)**
  13:6

## V

**verbal (1)**
  12:8
**Vermont (1)**
  5:1
**view (1)**
  4:20

## W

**waiting (1)**
  12:5
**waiver (2)**
  11:21;12:8
**way (2)**
  4:1;13:20
**ways (1)**
  6:22
**week (2)**
  4:2;13:17
**weeks (2)**
  5:23;11:15
**West (1)**
  13:7
**what's (2)**
  9:13,19
**Whereupon (1)**
  14:21
**whole (1)**
  13:9
**within (4)**
  5:22;11:15;12:12;
  13:25
**wrinkle (1)**
  4:5

## Y

**Yup (2)**
  10:18;11:2

## 1

**10 (1)**
  13:3
**12:12 (1)**
  2:1

## 2

**27th (2)**
  13:15;14:8
**28th (2)**
  3:1;11:24

## 3

**3:17-mj-1418 (1)**
  2:9
**30th (1)**
  2:25

## 4

**4 (3)**
  13:11,14;14:8